UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERMAN RUVALCABA,<br><br>    Petitioner,<br><br> v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>    Respondent. | Case No. C16-1970-RAJ-MAT<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and ORDERS:

1. The Court adopts the Report and Recommendation;

2. Respondent's motion to dismiss (Dkt. 9) is GRANTED;

3. Petitioner's habeas petition is DENIED and this action is DISMISSED with prejudice; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 5th day of June, 2017.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1